In the Matter of the Marriage of

ELLIOTT,
*Respondent,*
*and*

ELLIOTT,
*Appellant.*

(D7811-18437; CA A48568)

768 P2d 446

Jack L. Kennedy, Portland, argued the cause for appellant. With him on the brief were Susan E. Watts, and Kennedy, King & Zimmer, Portland.

Jeffrey S. Matthews, Portland, argued the cause for respondent. With him on the brief were Albert A. Menashe, and Gevurtz, Menashe & Hergert, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this domestic relations case, wife appeals from a trial court order modifying a dissolution decree to reduce husband's spousal support obligation from $1,850 to $925 per month. On *de novo* review, we agree with the trial court that husband satisfied his burden to show that there has been a material change in circumstances since the original decree. However, we disagree with the trial court about the appropriate level of support.

The decree is modified to fix wife's support at $1,500 per month, effective May 10, 1988; affirmed as modified. Costs to wife.